# United States District Court

Middle District of North Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA, | **"SEALED"** |
| V. | **WARRANT FOR ARREST** |
| ROBERT TILGHMAN COLES | CASE NUMBER: 1:07CR377-3 |

To:  The United States Marshal
    and any other Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ROBERT TILGHMAN COLES, whose last known address is unknown, and bring him or her forthwith to the nearest magistrate judge

to answer a(n):

X  Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with:   Conspiracy to interfere with commerce by threats or violence, in violation of 18:371; interfere with commerce by threats or violence, in violation of 18:1951 & 2

| | |
|---|---|
| John S. Brubaker | Clerk |
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Kimberly Garrett | October 30, 2007; Greensboro, NC |
| Signature of Issuing Officer (Deputy Clerk) | Date and Location |

**"INDICTMENT SEALED PENDING ARREST OF DEFENDANT"**

**Bail recommended by US Attorney: The US Attorney requests a detention hearing**

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |
| | | |